■ ALICIA GELERNT, Appellant, v 80 CPW APARTMENTS CORP. et al., Respondents. [648 NYS2d 917] —Order, Supreme Court, New York County (Richard Lowe, III, J.), entered on or about December 18, 1995, which granted defendant A. Best Contracting's motion for summary judgment dismissing the complaint as against it, unanimously affirmed, without costs.

We agree with the motion court that plaintiff's act of crossing the room and banging the window to drive away a stranger,

asserted by plaintiff to be a "sudden knee-jerk response", was not a foreseeable response to any negligent failure to post notice that workers would be working on or near the building's windows (*see, Boltax v Joy Day Camp*, 67 NY2d 617; *Wright v New York City Tr. Auth.*, 221 AD2d 431, *lv denied* 88 NY2d 806). Concur—Sullivan, J. P., Milonas, Rubin, Williams and Andrias, JJ.